ACCEPTED
14-14-00427-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/2/2015 10:11:54 AM
CHRISTOPHER PRIN
CLERK

## No. 14-14-00427-CR

In the

## Court of Appeals

For the

## Fourteenth District of Texas

At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

4/2/2015 10:11:54 AM

CHRISTOPHER A. PRINE
Clerk

_____

### Trial Court Cause No. 1260243
In the 339th District Court
of Harris County, Texas

_____

## NARJES MODARRESI,
*Appellant*

v.

## THE STATE OF TEXAS,
*Appellee*

_____

### MOTION FOR EXTENSION OF TIME TO FILE

_____

**VIVIAN R. KING**
**State Bar No. 00784399**
**2202 Alabama St.**
**Houston, Texas     77004**
**(713) 222-2019** Office
**(877) 753-6706** eFax

**Appointed Attorney for Appellant**

1

**TO THE HONORABLE COURT OF APPEALS:**

NOW COMES NARJES MODARRESI, the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this cause, pursuant to **TEX. R. APP. PROC. Rules 10.5 (b)(2) and 38.6(n)**, and in support thereof would show the Court as follows:

I.

The Appellant in this cause was convicted by a jury of Capital Murder in the 339th District Court of Harris County, Texas in cause number 1260243 and her sentence was assessed at Life in Prison without Parole in the Texas Department of Corrections, Institutional Division. Notice of Appeal was properly filed on May 22, 2014.

II.

A Motion for New Trial was filed, heard, and denied.

The Clerk's record was properly filed.

The Reporter's record was filed on October 23, 2014.

Appellant's brief was due on November 22, 2014.

This is a voluminous record. The case is complicated.

III.

Appellant has filed several motions for continuance.

Appellant's attorney is requesting an extension of time to file Appellant's Brief to April 2, 2015. Appellant's brief is being filed along with this extension.

2

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court grant this extension to April 2, 2015.

**RESPECTFULLY SUBMITTED,**

/s/ *Vivian R. King*
**VIVIAN R. KING**
**Appointed Attorney for Appellant**
Texas Bar No.  00784399
2202 Alabama St.
Houston, Texas   77004
(713) 222-2019  office
(877) 753-6706  e Fax
VivianRKing@msn.com Email

<u>**CERTIFICATE OF SERVICE**</u>

As Attorney of Record for Appellant, I do hereby certify that a true and correct copy of the above and foregoing document was emailed to Appellate Division and efiled with the office of the Honorable Devon Anderson, Harris County District Attorney, on March 12, 2015.

/s/ *Vivian R. King*
**VIVIAN R. KING**